UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHOURI ZHENG,

Plaintiff,

JUDGMENT
25-CV-1652(DG)

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Office of the General Counsel, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Attorney General of the U.S.A., UNITED STATES ATTORNEY, Eastern District of New York Office of the United States Attorney,

Defendants.
----------------------------------------------------------------------- X

An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on August 25, 2025, dismissing this case without prejudice, for failure to prosecute and to comply with Court orders; it is

ORDERED and ADJUDGED that Judgment is hereby entered in favor of Defendants; that this case is dismissed without prejudice, for failure to prosecute and to comply with Court orders; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, NY
August 25, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk